

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00165-CR

MARTIN RAY MALONE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 31795

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Court reporter Julie Vrooman recorded the trial court proceedings in appellate cause number 06-18-00165-CR, styled *Martin Ray Malone v. The State of Texas*, trial court cause number 31795 in the 354th Judicial District Court of Hunt County, Texas. The reporter's record was originally due in this matter on November 29, 2018. That deadline was extended twice by this Court, on Vrooman's motions, resulting in the most recent due date of January 21, 2019. Although we warned Vrooman that additional requests to extend the filing deadline would not be granted, absent extraordinary circumstances, she has nonetheless filed a third request for an extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

We, therefore, order Vrooman to file the reporter's record in cause number 06-18-00165-CR, styled *Martin Ray Malone v. The State of Texas*, trial court cause number 31795 in the 354th Judicial District Court of Hunt County, Texas, to be received no later than February 20, 2019.

If the reporter's record is not received by February 20, we warn Vrooman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   January 29, 2019